## United States District Court
### Violation Notice (Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A71 | F5307797 | Ryan, Matthew | 2367 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 03/14/2022 13:00
**Offense Charged:** [ ] CFR [ ] USC [ ] STATE CODE
FED 36 CFR 261.10B

**Place of Offense:** FS 27/FS 3041

**Offense Description: Factual Basis for Charge** — HAZMAT [ ]
residing on NFS

### DEFENDANT INFORMATION
**Phone:**
**Last Name:** Fussell
**First Name:** Steve
**M.I.:** M

**Street Address:** none
**City:** **State:** **Zip Code:** **Date of Birth (mm/dd/yyyy):** 1962

**Drivers License No.:** **CDL:** [ ] **D.L. State:** AZ **Social Security No.:**

[X] Adult  [ ] Juvenile  **Sex:** [X] M [ ] F
**Hair:** Brown **Eyes:** Green **Height:** 6'1" **Weight:** 170

### VEHICLE
**VIN:** **CMV:** [ ]
**Tag No.:** **State:** **Year:** **Make/Model:** / **PASS:** [ ] **Color:**

**APPEARANCE IS REQUIRED**
A [X] If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

**Forfeiture Amount**
$ 30.00 **Processing Fee**
**Total Collateral Due**

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 123 N San Francisco St, Flagstaff AZ 86001
**Date (mm/dd/yyyy):** 03/18/2022
**Time (hh:mm):** 10:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature**

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03/14/2022 while exercising my duties as a law enforcement officer in the _____ District of AZ

Pursuant to 16 USC 551: On 03/14/2022, while exercising my duties as a United States Forest Service Law Enforcement Officer and Federal Land Management Officer, I (LEO Matthew Ryan #2367) was on uniformed patrol in my marked police vehicle within the boundaries of the Kaibab National Forest, Williams Ranger District, Coconino County, in the District of Arizona.
On 03/14/2022, I was contacted by a reporting party regarding an aggressive dog and campsite near Forest Service Road 27. The reporting party stated that on 03/11/2022, he was driving on an unmarked Forest road west of Forest Road 27, and observed an RV and campsite that had been there for several months. The reporting party also stated that a large, aggressive dog from the campsite chased him down the road when he drove past the campsite.
At approximately 12:00, I located the campsite with several dogs, approximately 1 mile west of Forest Road 27/Forest Road 3041. I did not observe any other campsites in the area. At the campsite, I contacted Steve M Fussell, whom I had previously contacted and identified with his Arizona Driver's License. (On 02/07/2022, I issued Fussell Violation Notice F5307794 for camping longer than 14 days). Within the campsite I observed large solar panels and pieces of discarded toilet paper on the ground.
I asked Fussell if he had a residence, and he stated something to the effect of he didn't have a residence or mailing address in the United States. Fussell then became verbally agitated, raising his voice and stating that he wasn't camping on the Forest but that his vehicle had broken down, he had fixed it, and that I had given him a ticket because he had broken down. Fussell further stated he wanted to contest his 14 day violation notice because it was extortion, and I explained he would need to appear in court to contest the ticket.
I then broke contact with Fussell to wait for additional law enforcement units to arrive. At approximately 13:00 I re-contacted Fussell along with Coconino County Sheriff's Deputies.
I issued Fussell Violation Notice F5307797, 36 CFR 261.10b for residing on National Forest System lands without authorization. I attempted to explain the Violation Notice and mandatory court appearance to Fussell. However, Fussell interrupted me and refused to take the notice, throwing his hands up and stating something to the effect of I had punked him, he did not want to appear in court, this was the paper cuts of tyranny, and that I should rip the ticket up. He further stated that he wasn't residing on the Forest but camping for the weekend.
I left the violation notice secured in Fussell's campsite and attempted to leave the area. Fussell then walked quickly towards the driver side of my patrol vehicle, and I exited and ordered him back. Fussell stepped back and sat on the ground, and I advised him to leave the Forest immediately, which he agreed to do.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03/14/20.22  M Ryan
Date (mm/dd/yyyy)   Officer's Signature

[ ] Probable cause has been stated for the issuance of a warrant.

Executed on: 3/21/2022
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident


22-04092-MJ-01-PLT-CDB



**USDA**
**FOREST SERVICE**

**STATEMENT OF PROBABLE CAUSE**

CASE NUMBER
*F5307797*
LOCATION CODE
*A71*

| FOREST | ADDRESS |
|---|---|
| Kaibab National Forest | 742 S Clover St, Williams AZ 86046 |

Pursuant to 16 USC 551: On 03/14/2022, while exercising my duties as a United States Forest Service Law Enforcement Officer and Federal Land Management Officer, I (LEO Matthew Ryan #2367) was on uniformed patrol in my marked police vehicle within the boundaries of the Kaibab National Forest, Williams Ranger District, Coconino County, in the District of Arizona.

On 03/14/2022, I was contacted by a reporting party regarding an aggressive dog and campsite near Forest Service Road 27. The reporting party stated that on 03/11/2022, he was driving on an unmarked Forest road west of Forest Road 27, and observed an RV and campsite that had been there for several months. The reporting party also stated that a large, aggressive dog from the campsite chased him down the road when he drove past the campsite.

At approximately 12:00, I located the campsite with several dogs, approximately 1 mile west of Forest Road 27/Forest Road 3041. I did not observe any other campsites in the area. At the campsite, I contacted Steve M Fussell, whom I had previously contacted and identified with his Arizona Driver's License. (On 02/07/2022, I issued Fussell Violation Notice F5307794 for camping longer than 14 days). Within the campsite I observed large solar panels and pieces of discarded toilet paper on the ground.

I asked Fussell if he had a residence, and he stated something to the effect of he didn't have a residence or mailing address in the United States. Fussell then became verbally agitated, raising his voice and stating that he wasn't camping on the Forest but that his vehicle had broken down, he had fixed it, and that I had given him a ticket because he had broken down. Fussell further stated he wanted to contest his 14 day violation notice because it was extortion, and I explained he would need to appear in court to contest the ticket.

I then broke contact with Fussell to wait for additional law enforcement units to arrive. At approximately 13:00 I re-contacted Fussell along with Coconino County Sheriff's Deputies.

I issued Fussell Violation Notice F5307797, 36 CFR 261.10b for residing on National Forest System lands without authorization. I attempted to explain the Violation Notice and mandatory court appearance to Fussell. However, Fussell interrupted me and refused to take the notice, throwing his hands up and stating something to the effect of I had punked him, he did not want to appear in court, this was the paper cuts of tyranny, and that I should rip the ticket up. He further stated that he wasn't residing on the Forest but camping for the weekend.

I left the violation notice secured in Fussell's campsite and attempted to leave the area. Fussell then walked quickly towards the driver side of my patrol vehicle, and I exited and ordered him back. Fussell stepped back and sat on the ground, and I advised him to leave the Forest immediately, which he agreed to do.

Body camera footage was recorded during this contact.

The foregoing is based upon:



**USDA**
**FOREST SERVICE**

**STATEMENT OF PROBABLE CAUSE**

CASE NUMBER
*F5307797*
LOCATION CODE
*A71*

---

| | |
|---|---|
| x | My personal observations. |
| | My personal investigation. |
| | Information supplied to me from a fellow officer's observations. |
| x | Other (explained above). |

    I declare under penalty of perjury that the information which I have set forth above and on the face of the Violation Notice is true and correct to the best of my knowledge.

Executed on 03/14/2022

Law Enforcement Officer
*Matthew Ryan*

MATTHEW RYAN
Digitally signed by MATTHEW RYAN
Date: 2022.03.17 10:22:53 -06'00'

Probable Cause has been stated for the issuance of a summons or a warrant for the arrest of the violator named or identified herein.

3/21/2022
*(Date)*

*(United States Magistrate-Judge)*